| | |
|---|---|
| Eloison Galang,  Plaintiff,  vs.  Foremost Foods, et al.,  Defendant. | Case No. 1:05-cv-00029  **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Scheduling Notice filed November 18, 2005*, on the date indicated below:

*Mark Williams*
*November 23, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Scheduling Notice filed November 18, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 23, 2005         /s/ Virginia T. Kilgore
                                                         Deputy Clerk