Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
Second Floor, Iris Building
315 S. Marine Corps Drive
Tamuning, Guam 96913
Telephone: 647-LAWS (5297)
Facsimile: 647-5296
Attorneys for Plaintiff



**FILED**
DISTRICT COURT OF GUAM

NOV 28 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT
## OF GUAM

ELOISON GALANG,

        Plaintiff,

vs.

FOREMOST FOODS
d.b.a. COCA-COLA BEVERAGE CO. (GUAM), Inc.,
DOES 1 THROUGH 10, INCLUSIVE;

        **Defendants**
_____/

CIVIL CASE NO. 1:05-CV-0029

NOTICE OF DISMISSAL

### NOTICE OF DISMISSAL

COMES NOW, Plaintiff by and through his attorney of record, Mark Williams, Esq., and hereby Dismisses without Prejudice the above-entitled action.

Dated: 11/25/05

LAW OFFICES OF MARK E. WILLIAMS, P.C.

By_____
MARK WILLIAMS, ESQ.
Attorney for Plaintiff